UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

IN RE APPLICATION OF USA PURSUANT
TO 18 U.S.C. § 3512 FOR ORDER FOR
COMMISSIONER'S APPOINTMENT FOR
REQUEST FOR LEGAL ASSSITANCE
FROM THE GOVERNMENT OF PERU

U.S. DOJ CRIMINAL NO. 182-64523
_____/

**ORDER APPOINTING COMMISSIONER**

Upon application by the United States of America seeking an order, pursuant to the Agreement to the Inter-American Convention on Mutual Assistance in Criminal Matters, adopted at the twenty-second regular session of the Organization of American States (OAS) General Assembly meeting in Nassau, Bahamas on May 23, 1992 and the Optional Protocol Related to the Inter-American Convention on Mutual Assistance in Criminal Matters, adopted June 11, 1993; both signed on behalf of the United States at OAS headquarters in Washington on January 10, 1995 (the "Convention"); and 18 U.S.C. § 3512.

**IT IS HEREBY ORDERED**, pursuant to the authority conferred by the Treaty, and 18 U.S.C. § 3512, as well as this Court's inherent authority, that Lynn M. Kirkpatrick, Assistant United States Attorney, (or a substitute or successor subsequently designated by the Office of the U.S. Attorney), is appointed as Commissioner ("the Commissioner") of this Court and hereby directed to execute the treaty request and to take such steps as are necessary to collect the evidence requested.  In doing so, the Commissioner:

    1.    may issue commissioner subpoenas to be served at any place within the United

States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;

2. shall provide notice with respect to the collection of evidence to those persons identified in the Request as parties to whom notice should be given (and no notice to any other party shall be required);

3. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or other court proceeding for which Peru has requested assistance, which procedures may be specified in the Request or provided by or with the approval of the Ministry of Justice, Office of Attorney General, First Corporate Supra-District Attorney's Office, Peru;

4. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, law enforcement agents and/or officers, (foreign or domestic) who, as authorized or directed by the Commissioner, may direct questions to any witness;

5. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with a commissioner subpoena who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

6. shall submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that Office for transmission to Peru; and,

7. may provide copies of the evidence collected to persons identified in the Request as parties to whom such copies should be given (and to no other persons).

**IT IS FURTHER ORDERED** that any person from whom the Commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the Commissioner.

**DONE AND ORDERED**, in chambers at Miami, Florida, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF FLORIDA

*Deliver copy to* counsel of record.