**ATTACHMENT B**

**THE COMMISSIONER SUBPOENA**

Commissioner Subpoena to Testify and/or Produce Evidence in a Foreign Mutual Legal Assistance Treaty Matter

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**_____

**IN RE: APPLICATION OF THE UNITED**
**STATES OF AMERICA FOR ORDER**
**PURSUANT TO THE TREATY ON MUTUAL**
**LEGAL ASSISTANCE IN CRIMINAL MATTERS**
**AND TITLE 18, UNITED STATES CODE,**
**SECTION 3512**

**Request for Legal Assistance from the Government**
**of Peru, U.S. Criminal Matter No. 182-64523**
_____/

**COMMISSIONER SUBPOENA**

To:     *[Individual and/or entity]*                    Subpoena For:
☐ Person
☐ Documents or Objects

I, Commissioner Lynn M. Kirkpatrick, an Assistant United States Attorney for the Southern District of Florida, acting pursuant to 18 U.S.C. § 3512, the Treaty, and this Court's authority, for the purpose of rendering assistance to the Government of Peru.

**YOU ARE COMMANDED** to appear before me at the date and time shown below to produce evidence and/or give testimony in this criminal matter.

| Place of Appearance:<br>United States Attorney's Office<br>99 NE 4th Street<br>Miami, Florida 33132 | Location:   *[enter location]* |
| | Date and Time:   *[enter date]* at *[enter time]* |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

**\*See attachment to this subpoena, which is incorporated herein and made a part thereof [*if necessary*]**

Failure to attend and/or produce said documents, you may be deemed guilty of contempt and liable to penalties under the law.

_____
Commissioner Lynn M. Kirkpatrick
Assistant United States Attorney

Date: _____

CN *[enter control no.]*

Commissioner Subpoena to Testify and/or Produce Evidence in a Foreign Mutual Legal Assistance Treaty Matter (Page 2)

## PROOF OF SERVICE *(if required)*

This subpoena for *(name of individual and title, if any)* _____

_____was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____; or

☐ I returned the subpoena unexecuted because _____

_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Print Name and Title*

_____
*Server's Address*

_____

_____

CN [*enter control no.*]